UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **DOMINICK BARNETT** | **CIVIL ACTION NO. 22-2425** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **FRANZ BORGHARDT** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 6] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Dominick Barnett's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**MONROE, LOUISIANA**, this 4th day of October 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**